UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN AND KAREN BEVER,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>QUALITY LOAN SERVICE CORPORATION and CITIMORTGAGE, INC.,<br><br>　　　　　　Defendants. | Case No.  1:16-cv-0079 --- BAM<br><br>**ORDER VACATING FEBRUARY 17, 2016 STATUS CONFERENCE**<br><br>**ORDER DIRECTING CLERK TO ASSIGN A FRESNO DISTRICT JUDGE**<br><br>**NO APPERANCE REQUIRED** |

　　Based upon the elimination of the pilot program for random assignment of cases to the Sacramento division, this case is no longer selected for assignment to a Sacramento District Judge.  Therefore, the Telephonic Status Conference currently set for February 17, 2016 at 9:30 AM before Magistrate Judge Barbara A. McAuliffe is VACATED. There will be no status conference, and no appearance is necessary on February 17, 2016.

　　The Court determines the case is at an appropriate stage to assign a District Judge. Therefore, the Clerk of the Court is directed to randomly assign a Fresno District Judge.

IT IS SO ORDERED.

　　Dated:   **February 11, 2016**　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1